## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPENCER COPE,                          )<br>                                        )<br>          Plaintiff,                   )<br>                                        )<br>     vs.                                )<br>                                        )<br>AMERICOLD LOGISTICS, LLC,               )<br>                                        )<br>          Defendant.                   )<br>                                        ) | 8:06CV403<br><br>ORDER TO SHOW CAUSE |

The records of the court show that on May 30 2006, letters (Filings Nos. 3 and 4) were sent to:

| | |
|---|---|
| Brandon M. Cordell<br>JACKSON, LEWIS LLP<br>1900 Marquis One Tower<br>245 Peachtree Center Ave., N.E.<br>Atlanta, GA 30303-1226 | Dion Y. Kohler<br>JACKSON, LEWIS LLP<br>1900 Marquis One Tower<br>245 Peachtree Center Ave., N.E.<br>Atlanta, GA 30303-1226 |

from the Office of the Clerk directing that they register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System").

As of the close of business on July 19, 2006, neither attorney has complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **August 21, 2006**, attorneys Cordell and Kohler shall register for the System or show cause by written affidavit why they cannot comply with the rules of the court.

DATED this 20th day of July, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge