# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SPENCER COPE ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV403 |
| vs. ) | |
| ) | ORDER |
| AMERICOLD LOGISTICS, LLC ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the joint motion of the parties to reschedule the planning conference (Filing No. 12) currently scheduled for November 17, 2006, at 11:00 a.m.  Upon consideration,

**IT IS ORDERED:**

1. The joint motion of the parties to reschedule the planning conference (Filing No. 12) is granted.

2. The **telephone** planning conference with the undersigned magistrate judge is rescheduled back to **November 13, 2006** at **11:00 a.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 29th day of August, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge