IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SPENCER COPE, | ) | CASE NO. 8:06CV403 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL |
| v. | ) | |
| | ) | |
| AMERICOLD LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came on before the Court this 3rd day of October, 2007, upon the Joint Stipulation of Dismissal submitted by the parties.   The Court, being fully advised in the premises, finds that the matter should be, and hereby is dismissed, with prejudice, each party to bear its own costs, including attorneys fees.   Complete record waived.

DATED this 5th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

PREPARED AND SUBMITTED BY:

Mary Kay O'Connor - #18148
CLINE, WILLIAMS, WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
One Pacific Place
1125 South 103rd Street Suite 320
Omaha, NE 68124
(402) 397-1700

OM539421.1